1  Bruce A. Neilson #096952
   7108 N. Fresno St. #410
2  Fresno, California  93720
   Telephone (559) 432-9831
3  Facsimile (559) 432-1837

4  **Attorney for Defendants**
   Badr Refai, Amira Refai and
5  Jarnail Singh dba USA Liquor

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

\* \* \* \* \*

| | |
|---|---|
| RONALD MOORE, | CASE NO. 1:15-cv-00347-SAB |
| Plaintiff, | STIPULATION AND ORDER FOR BADR REFAI, AMIRA REFAI and JARNAIL SINGH dba USA LIQUOR TO RESPOND TO COMPLAINT |
| vs. | |
| BADR REFAI; AMIRA REFAI; JARNAIL SINGH dba USA LIQUOR; | |
| Defendants. | |

WHEREAS:

1. Plaintiff RONALD MOORE filed his complaint in this action on March 4, 2015.

2. This is the second request for an extension of time for BADR REFAI, AMIRA REFAI and JARNAIL SINGH dba USA LIQUOR ("Defendants").  A previous extension of time was granted by the plaintiff within the statutory allowance; thus, court approval is required for a further extension of time.

3. Plaintiff and Defendants are in settlement negotiations at this time.

4. Defendants have just received the report from their CASp inspection, and a short time is needed to a proposed plan of remediation and settlement can be agreed upon.

5. The parties agree that settlement of this case would save valuable court time and resources.

6. The parties have agreed to extend Defendants' time to respond to the complaint until

May 20, 2015, subject to the court's approval, and believe that the case can be settled within that time.

7.     This extension of time will not alter any date or event already set by Court order, including the mandatory scheduling conference.

NOW THEREFORE, Defendants through their attorneys, and Plaintiff Ronald Moore, through his attorneys, hereby stipulate and agree that the time for BADR REFAI, AMIRA REFAI and JARNAIL SINGH dba USA LIQUOR to answer or otherwise respond to the Complaint shall be extended up to and including May 20, 2015, pending court approval.

**IT IS SO STIPULATED.**

Dated: May 1, 2015

MOORE LAW FIRM, PC
/s/Tanya Moore
Tanya Moore, Attorney for Plaintiff Ronald Moore

Dated: May 1, 2015

/s/Bruce A. Neilson
Bruce A. Neilson, Attorney for Defendants
Badr Refai, Amira Refai and Jarnail Singh dba USA Liquor

IT IS SO ORDERED.

Dated:   **May 4, 2015**

UNITED STATES MAGISTRATE JUDGE